DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PARKER

No. 115 PC.

Case below: 38 N.C. App. 316.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 November 1978.

STATE v. SMART

No. 110 PC.

Case below: 38 N.C. App. 243.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 November 1978.

STATE v. THOMAS

No. 106 PC.

Case below: 37 N.C. App. 233.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 November 1978.

STATE v. VIETTO

No. 103 PC.

Case below: 38 N.C. App. 99.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 28 November 1978.

STATE v. WILLIAMS

No. 114 PC.

Case below: 38 N.C. App. 138.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 November 1978.